IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MARK ANSTINE, | No. 1:20-CV-02160 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| JEROME MICHAEL ADAMS, RODNEY R. AKERS, THERON R. PEREZ, GREGORY G. SCHWAB, JULLIA A. SHERIDAN, and MATTHEW J. UPDEGROVE, | |
| Defendants. | |

## ORDER

### FEBRUARY 7, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED**:

1. Defendants' motion for summary judgment (Doc. 28) is **GRANTED IN PART AND DENIED IN PART**.

2. Judgment is entered in favor of Defendants on Counts I and II of Plaintiff Timothy Mark Anstine's Complaint.

3. Counts III and IV of Anstine's Complaint are **DISMISSED WITHOUT PREJUDICE**.

4. Count VI of Anstine's Complaint is **DISMISSED WITH PREJUDICE**.

5.    The Clerk of the Court is directed to **CLOSE** this case.

                                        BY THE COURT:

                                        *s/ Matthew W. Brann*
                                        Matthew W. Brann
                                        Chief United States District Judge